# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

               v.                                        Crim. No.  7:07-CR-24-2

JENNIFER BENNETTE

      On Thursday, February 10, 2011, the above named was placed on supervised release for a period of 36 months.  The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                          Respectfully submitted,

 /s/ Kevin L. Connolley                             /s/ John A. Cooper
Kevin L. Connolley                                 John A. Cooper
Supervising U.S. Probation Officer              U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this_____11_____ day of ____May_____, 2012.

W. Earl Britt
Senior U.S. District Judge